UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD GERMONES REED,

        Plaintiff,                             Case No. 1:08CV490

v.                                                Hon. Robert J. Jonker

CINDI S. CURTIN,

        Defendants.
_____/

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 30, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2008, is approved and adopted as the opinion of the court.

      **IT IS ORDERED** that petitioner's petition is DISMISSED pursuant to Rule 4, for lack of merit in the grounds presented. A Certificate of Appealability is DENIED. *See Slack v. McDaniel* 529 U.S. 473 (2000).


Dated:   August 28, 2008                /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE